UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN RE:   WAYNE FRANKLIN

The Complaint of Wayne Franklin as Owner of a 2004 model year SeaDoo GTX 4-TECT LTD SuperC bearing Hull Identification No. ZZN20578B404 and Florida Registration No. FL5467MP, its Engines, Appurtenances, Equipment, Etc., in a cause of Exoneration from or Limitation of Liability,

       Petitioner.

Case No:   2:15-cv-670-FtM-38CM

_____/

## ORDER APPROVING *AD INTERIM* STIPULATION

Before the Court is Plaintiff Wayne Franklin's Ad Interim Stipulation for Value and Costs (Doc. 2) filed on October 28, 2015. A verified Complaint has been filed herein by Petitioner Wayne Franklin as owner of the 2004 SeaDoo GTX 4-TECT LTD SuperC HIN# ZZN20578B404 and Florida Registration #FL5467MP ("the Vessel"). Petitioner is claiming the benefits of exoneration from or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. § 30501, et. seq., and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure with respect to any and all loss, injury, or damage arising out of an incident involving the Vessel on or about May 24, 2015. Petitioner's Complaint also states the facts and circumstances on which such exoneration from or limitation of liability is claimed. On considering the verified

Complaint and *Ad Interim* Stipulation for Value and Costs, which are on file herein, and considering Petitioner is able and willing to make such increases or decreases in the *Ad Interim* Stipulation, together with adequate surety as the Court may from time to time require, and the value of Petitioner's interest in the Vessel can be more definitely ascertained, the Court finds that an *Ad Interim* Stipulation in the amount of $4,300.00 fully covers the value of Petitioners' interest in the Vessel, together with her engines, appurtenances, equipment, etc.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Ad Interim Stipulation filed by Petitioner herein, which represents the value of Petitioner's interest in the Vessel, as fixed by the Court herein the amount of $4,300.00 with Petitioner being subject to such increases in the amount of such *Ad Interim* Stipulation, together with adequate surety, as the Court may from time to time order according to the rules and practices of this Court, be and is hereby **APPROVED**. It is further

2. If the amount of said *Ad Interim* Stipulation is not contested by any Claimant herein, said *Ad Interim* Stipulation shall stand as a stipulation for the value and an appraisal by a Commissioner will not be required.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record