UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN RE:   WAYNE FRANKLIN

The Complaint of Wayne Franklin as Owner of a 2004 model year SeaDoo GTX 4-TECT LTD SuperC bearing Hull Identification No. ZZN20578B404 and Florida Registration No. FL5467MP, its Engines, Appurtenances, Equipment, Etc., in a cause of Exoneration from or Limitation of Liability,

        Petitioner.

Case No:   2:15-cv-670-FtM-38CM

/

### ORDER

Before the Court is Plaintiff Wayne Franklin's Motion for Issuance of Limitation Injunction, Monition, and Order Approving Petitioner's Security (Doc. 6) filed on November 3, 2015. Plaintiff filed the Complaint (Doc. 1) seeking exoneration from or limitation of liability regarding a 2004 SeaDoo GTX 4-TECT LTD SuperC HIN #ZZN20578B404 and Florida Registration #FL5467MP pursuant to 46 U.S.C. § 30501 *et seq.* and rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, for damages or injuries caused by or resulting from an incident occurring on or about May 24, 2015 on the navigable waters within the state of Florida. The vessel is located within the territorial boundaries of the Middle District of Florida. Doc. 5 at 1-2.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff Wayne Franklin's Motion for Issuance of Limitation Injunction, Monition, and Order Approving Petitioner's Security is **GRANTED**. An Order of Limitation Injunction, an Order on Monition, and an Order Approving Petitioner's Security will be entered under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record